**Motion Granted and Abatement Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00245-CV

_____

**THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,**
**Appellant**

**V.**

**LAURENCE BOLTON AND MICHAEL BOLTON, INDIVIDUALLY AND**
**AS EXECUTORS OF THE ESTATE OF MARILYN BOLTON,**
**DECEASED, Appellees**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-10855**

---

## ORDER

On July 29, 2019, appellee Michael Bolton (appellee Laurence Bolton is said to be deceased) filed an unopposed motion to abate this appeal. The motion states the parties have reached a tentative settlement agreement and asks that the appeal be abated. The motion is **GRANTED**.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **October 7, 2019**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to reinstate or motion dismiss the appeal. The court may reinstate the appeal on its own motion.

PER CURIAM